Rev. 3/19

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

TOMMIE SLACK
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

Case No. 3:20-cv-05508-RBL-TLF

S. kariko M.D

*(leave blank – for court staff only)*

F. Longano M.D

**PRISONER CIVIL RIGHTS COMPLAINT**

Stephn Sinclair
*Defendant's/defendants' full name(s)*

Defendant(s).

Jury Demand?
☒ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1.      Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2.      Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

Mary Colter M.D.
Areio Awad M.D
Martha Newlon ARND
Deborah Tonhofer M.D.
Kenneth Sawyer M.D
Ryan Herrington M.D
Mary J. Currey M.D
DALE FETROE   M.D
LYSLE W. WILLIAMS M.D
DAVID KENNY   M.D
              Defendants

3.     Please review your complaint carefully before filing.  If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee.  Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.     Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

Do not include:
- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:
→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5.     You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.  Any documents you submit *must relate directly to the claims you raise in this lawsuit.*  They will become part of the court record and *will not be returned to you.*

---

## I.     PLAINTIFF INFORMATION

SALAC TOMMIE
Name (Last, First, MI)                                             Aliases/Former Names

282904
Prisoner ID #

Stafford Creek Correction
Place of Detention

191 Constantine Way
Institutional Address

Aberdeen          Wa          98520
County, City          State          Zip Code

*Indicate your status:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee

☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Page 2 of 9

## II.    DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1:   KARIKO · S.
Name (Last, First)

Chief Medical Officer For DOC .
Current Job Title

1125 Washington Street S.E. PO BOX 40100.
Current Work Address  Attorney General Collection Unit

Olympia      Wa      98504
County, City             State             Zip Code

Defendant 2:   LONGAND  F.
Name (Last, First)

Deputy Chief Medical Officer For DOC
Current Job Title

1125 Washington Street S.E. PO Box 40100
Current Work Address  Attorney General Correction Unit

1125 Washington Street S.E PO Box 40100
County, City             State             Zip Code

Defendant 3:    SINCLAIR   STEPHEN
Name (Last, First)

Secretary Of Department Of Correction
Current Job Title

1125 Washington Street S.E. POBox 40100
Current Work Address  Attorney General Correction Unit

Olympia     Wa        98504
County, City             State             Zip Code

Defendent 4: Mary J Curry,
Assistant Deputy Secretary For DOC
1125 Washington Street S.E. PO Box 40100
Olympia Wa 98504 Attorney Genneral
Correction Unit

Defendant 5: Mary Colter M.D
 Medical. Doctor for DOC Care Review
Committee.
1125 Washington Street S.E. PO Box 40100
Attorney General Correction Unit
Olympia Wa 98504

Defendant 6: Areig Award M.D
Medical Doctor For DOC Care Review
Committee.
1125 Washington Street S.E PO Box
40100 Attorney General Correction
unit Olympia Wa 98504

Defendant 7: Martha Newlon ARND
Primary Care Practitioner at Olympic
Correction Center
1125 Washington Street S.E. PO Box 40100
Attorney General Correction Unit
Olumpia Wa 98504

Defendant 8: Deborah Tonhofer M.D.
Medical Doctor For DOC Care Review
Committee.
1125 Washington Street S.E. PO Box 40100
Attorney General Correction Unit
Olympia Wa 98504

Defendant 9: Kenneth Sawyer. M.D.
Medical Doctor For DOC Care Review
Committee.
1125 Washington Street S.E. PO Box 40100
Attorney General Correction Unit
Olympia Wa 98504

Defendant 10: Ryan Herrington M.D.
Medical Doctor For DOC Care Review
Committee.
1125 Washington Street S.E. PO Box 40100
Attorney General Correction Unit
Olympia Wa 98504

Defendant 11: DALE FETROE M.D
Medical Doctor For DOC Care
Review Committee.

1125 Washington Street S.E P.O. Box
40100 Attorney General. Collections
Unit Olympia Wa 98504

Defendant 12: LYSCE W. WALLIAMS M.D
Medical Doctor for DOC Care Review
Committee.
1125 Washington Street S.E. PO Box
40100 Attorney General. Corrections
Unit Olympia Wa. 98504

Defendant 13: DAVID KENNY M.D.
Medical Doctor for DOC Care Review
Committee.
1125 Washington Street S.E. P.O. Box
40100 Attorney General. Corrections
Unit. Olympia Wash 98504

III.   STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count.  For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs.  For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc.  The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you __must__ specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s).  __If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).__*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 Plaintiff allege that the Department of Corrections did violate the Eighth Amendment of the United State Constitution

*State the __facts__ of your first claim below.  Include all the facts you consider important.  Be specific about dates, times, locations, and the names of the people involved.  Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong.  If you need additional space, you may attach extra sheets.*

1.2 The Department of Correction Care Review Committee was deliberately indifferent to Plaintiff serious medical need pursuant to the Department Offender Health Plan (OHP)

( See Attached Pages )

Page 4 of 9

## I. Introduction

This lawsuit challenges the Washington Department of Correction (DOC) continuence and regular prictice of withholding necessary medical care from Mr. Slack who suffer with a serious and painful medical condiction large lumps growing in the upper left side of his back and lat.

DOC continues to deny Mr. Slack access to constitutionally adequate medical care for the lumps by utilizing a health care preapproval system that regularly results in arbitrary and medically unsound decisions.

DOC's inadequate preapproval system continues to deny medically necessary treatment to Mr. Slack by allowing a committee of clinicians and administrators who have little familiarity with him to override the clinical recommendation DOC

Introduction

practioner ARNP Martha L. Newton.

Mr. Slack's condition is causing him chronic and substantial pain.

The defendants failure to properly review Mr. Slack's medical case and their denying him necessary care for his condition expose him to substantial risk of on going and uncessary pain and other serious harms, in violation of the Eighth Amendment of the United State Constitution.

Mr. Slack is a prisoner in the custody of DOC and is subjected to DOC's policies governing the provision of medical care

Mr. Slack suffer from a ongoing medical condition ie. large lumps that results in chronic and extreme pain that warrant medical treatment and evaluation that DOC refuse to provide.

Introduction

2 Mr. Slack seeks declatory, injunctive
3 releif and compensatory damages
4 aswell as punitive damages for
5 himself
6
7      II Jursidiction And Venue
8
9 1. This court has original jursidiction
10 under 28 U.S.C 1331 and 28 U.S.C. 1343
11 (a) (4) Declatory relief is authorized
12 by 28 U.S.C. Section 2201 & 2202
13
14 2. Venue is proper in this judicial
15 distiict under 28 U.S.C. 1391 (b)
16 because atlease one of the defendants
17 reside in the Western District of
18 Washington and becouse a substant-
19 ial part of events or ommissions
20 giving rise to plaintiff's claim
21 occured in this district
22
23      III Party
24
25 3. Tommie Slack is   61 years
26 old and curiently incarcercated

3    Introduction.

2  at Stafford Creek Correction Center (SCCC)
3  in Aberdeen Washington. Mr. Slack
4  developed a large lump in the upper
5  left portion of his back causing
6  immobilizing pain.
7
8  Mr. Slack's lump evolved into tingling
9  sensation and sleep depriving pain
10  leaving him with crick neck pain,
11  anxiety and depression.
12
13  Mr. Slack have been made to endure
14  this unnecessary pain and discom-
15  fort since September 2018 and have
16  been threaten by a OCC medical
17  employee to be infracted for constant
18  medical kites complaining.
19
20  Defendants continue to refuse to
21  provide Mr. Slack with necessary
22  medical care to treat his condition.
23
24        IV Defendants
25
26  1. Frank longano is Chief Medical

4  parties

1
2  officer for the Washington Department
3  of Correction and was a member of the
4  care Review Committee (CRC) In that
5  role, he has the duty to ensure that
6  DOC provide constitutionally adequ-
7  ate medical care to prisoners in
8  it's custody. He have the authority
9  to approve or deny medical treat-
10 ment for DOC prisoners at all times
11 revelant to this action. Dr. Longano
12 was acting under the color of State
13 law and is sued in his or her
14 individual and official capacity.
15
16 2. S. Kariko, M.D  , is Deputy Chief
17 Medical Officer for the Washington
18 Department of Correction and was
19 a member of the Care Review Comm-
20 ittee (CRC). In that role, he/she
21 had a duty to ensure that DOC
22 provide constitutionally adequate
23 medical care to prisoners in it's
24 custody. He/She have the authority
25 to provide or deny medical treatment
26 for DOC prisoners. At all times

5.    Defendants

relevant to this action. Dr. kariko was acting under the color of State law and, is sued in his individual and offical capacity.

3. Defendant Stephen CLAIR, is Secretary of the Washington Department of correction. In that capacity, he is required to exercise all powers and preform all duties perscribed by law with respect to the administration of Washington prisons, including adopting, implementing, and enforcing policies and pracedures to ensure that prisoners in DOC custody recieves constitutionally adequate medical care.

He has the authority to direct activ-ities of sobordinate officers and other DOC employees. At all times relevant to this action. Mr. Sinclair was acting under the color of State law. Mr Sinclair is sued in his individual and official capacity

Defendants

4. Mary J CURREY is the Assistant Secretary Deputy Director of Washington Department of Correction. In that capacity, she is required to exercise all powers and preform all duties perscribed by law with respect to the administration of Washington prison, including adopting, implementing, and enforcing policies and procedures to ensure that prisoners in DOC custody recieve constitutionally adequate medical care. She has the authority to direct the activities of soberdinate officers and other DOC employees. At all times relevent to this action, Ms. CURREY was acting under the color of state law. Ms CURREY is sued in her individual and official capacity.

5. Mary COLTER M.D. is Medical officer for DOC. In that role she was a Care Review Committee chairperson. She has a duty to ensure that DOC provides constitutionally adequate medical care

Defendants

1
2  to prisoners in it's custody. She has
3  authority to approve or deny medical
4  treatment for DOC prisoners. At all
5  times relevant to this action Dr.
6  COLTER was acting under the color of
7  State law. Dr. COLTER is sued in her
8  individual and official capacity.
9
10  6. Areig AWAD M.D is Medical Officer
11  for DOC. In that role, he was a
12  chairporson in the Care Review
13  Committee. He has a duty to ensure
14  that DOC provides constitutionally
15  adequate medical care to prisoners
16  in it's custody. He has authority
17  to approve or deny medical treatment
18  for DOC prisoners. At all times relevant
19  to this action Dr. AWAD was acting
20  under the color of State law. Dr.
21  AWAD is sued in his individual and
22  official capacity
23
24  7. Deborah TONOFER M.D., is Medical
25  Officer for DOC. In that role, she was
26  a chairperson in the Care Review

8        Defendants

2 committee. She has a duty to ensure
3 that DOC provides constitutionally
4 adequate medical care to prisoners
5 in H's custody. She has the authority
6 to approve or deny medical treatment
7 for DOC prisoners. At all times
8 relevant to this action, Dr. TONOFER
9 is sued in her individual and official
10 capacity.
11
12 8. kenneth SAWYER M.D., is Medical
13 officer for DOC, In that role, he was
14 a chairperson in the Care Review
15 Committee. He has a duty to ensure
16 that DOC provides constitutionally
17 adequate medical care to prisoners
18 in its custody. He has authority
19 to approve or deny medical treat-
20 ment for DOC prisoners. At all
21 times relevant to this action. Dr
22 SAWYER was acting under the
23 color of State law. Dr. SAWYER
24 is sued in his individual and
25 official capacity.
26

9   Defendants

1
2   9. Rayon HERRINGTON M.D., is Medical
3   officer for DOC. In that role he was
4   chairperson in the Care Review Commi-
5   ttee. He has a duty to ensure that
6   DOC provides constitutionally ade-
7   quate medical care to prisoners in
8   its custody. He has authority to
9   approve or deny medical treatment
10  for DOC prisoners. At all times rele-
11  vant to this action. Dr HERRINGTON
12  was acting under the color of
13  State law. Dr. HERRINGTON is sued
14  in his individual and official
15  capacity.
16
17  10. Marth NEWLON.ARND, is Health
18  Care provider at Olympic Correction
19  Center (OCC). She is the health
20  authority designated at OCC with
21  responsibility to provide medical
22  health service to offenders con-
23  fined within the facility, who at all
24  times mentioned in this complaint
25  held the position of head doctor at
26  OCC. NEWLON was acting under the
    color of State law and is sued in her
    individual and official capacity
10  Defendants

11. Dale Fetroe M.D, is Medical officer
for DOC. In that role he was chairperson
in the Care Review Committee. He has the
duty to ensure that DOC provide constit-
utional adequate medical care to
prisoners in It's custody. He has the
authority to approve or deny medical
treatment for DOC prisoners. At all
times revelliant to this action. Dr.
FETROE was acting under the color of
State law. Dr. FETROE is sued in his
individual and official capacity

12. Lysel W. Williams, is Medical officer
for DOC. In that role he/she was
chairperson in the Care Review Commi-
ttee. He/She has the duty to ensure
that DOC provide constitutionally adequate
medical care to prisoners in it's custody
He/She has the authority to approve
or deny medical treatment for DOC
prisoners. At all times revelliant to

1
2 this action. Dr. Williams was acting
3 under the color of State law. Dr.
4 WILLIAMS is sued in his/her individual
5 and official capacity
6 .
7 13 David Kenny M.D., is Medical Officer
8 for DOC. In that role he was chair-
9 person in the Care Review Committee.
10 He has the duty to ensure that DOC
11 provide constitutionally adequate
12 medical care to prisoners in it's
13 custody. He has the authority to
14 approve or deny medical treatment
15 for DOC prisoners. At all times
16 relevant to this action Dr. KENNY
17 was acting under the color of State
18 law. Dr KENNY is sued in his
19 individual and official capacity
20
21
22
23
24

## V   FACTS

1. Mr. Tommie SLACK was sentence in King County Superior court for felony Violation of a Court Order pursuant to RCW 26.50.110 (1) (5) to 60 months of prison based Special Drug Offender Sentencing Alternative (DOSA).

2. September 24, 2018 plaintiff entered the Therapeutic Community Substance Abuse Treatment at Olympic Correction Center Ozette Unit.

3. Plaintiff started feeling a tingling sensation down his left arm to his hand and numbness. The condition rapidly became extremely painful and immobilizing to normal use of his left arm.

4. Defendant Newlon held the

Defendants / FACTS

2  raises the chance of heart attatck
3  or strokes and, raises the risk in
4  people who do not have heart disease
5  to have a heart attatck or stroke.

7  9. Weeks of enduring intractable
8  pain without a medical diagnosis,
9  the lump that was once measured at
10 10cm x 10cm had grown to 12cm x 12cm

12 10. Medical and security staff was
13 ableast of plaintiff inability to sleep
14 due to numbness through the arm and
15 sever pain from laying on his left
16 side. Plaintiff is left handed and
17 normally sleep on his left side.

19 11. Having to try and sleep on his
20 right side offten resulted in plaintiff
21 having to suffer neck pain having a
22 crick neck.

24 12. Plaintiff had to suffer this con-
25 dition for three months before being
26 granted a Health Status Report by

13   FACTS

2  defendant Newlon allowing him a
3  extra pillow to alleviate the pain
4  and suffering resulting from trying
5  to sleep in a unnatural position.

7  13. From October 29, 2018 to November
8  28, 2018, Plaintiff wrote 10 medical
9  kites while at the mercy of OCC
10 medical to either remove the lump
11 or send him where it could be removed (2)

13 14. Plaintiff filed a Offender Complaint
14 for lack of, or denial of adequate
15 medical care after many medical
16 kites complaining about the large
17 lump in his back, sever pain, not
18 being able to lay on his back or
19 left side, medical alleging they
20 need photographs to take to the CRC
21 for removal of the lump and havent
22 done it, J.D. Log No. 186666524.

24 15. Plaintiff appealed the grievance
25 response defendant Newlon stating
26 she'll put together a packet for the CRC

(2)
Medical kite to Tommie Slack   attatched Ex.2

14  FACTS

1  ionally adquate medical care for Level 1.
2  Medically Necessity pursuant to Washing-
3  ton Administrative Code (WAC) 137-91-010
4  for Intractable Pain.
5
6  20. On December 12, 2018. Plaintiff filed
7  a Offender Complaint being denied medical
8  care concerning the large lumps in his
9  back that causing sever pain and loss
10  of circulation in his left arm and, that
11  the lump have spread to his lat area
12  Grievance Log No.18668119 [5]
13
14  21. Under the above Log No. the Coordin-
15  ator Pleines T. seferred the complaint
16  under Grievance Log No.18666524 and
17  instructed a rewrite, or grieve the
18  decision of the CRC.
19
20  22. Plaintiff appealed Grievance Log No.
21  18668119 to level two consideration.
22  Plaintiff appealed: (1) DOC want the
23  large lump in his back to grow to force
24  their hand in removing it

[5] See Ex 5.

(2) Offering Black Box medication for the pain that can cause liver damage or cause heart attack or stroke. (3) Olympic Correction medical unit threatening an infraction which can take his DOSA judgement if he continue to send medical kites for the sever pain he been suffering. (4) The medical provider measuring the lump outward growth yet see it have spread like a pancake to his lat area. (5) either suffer the pain or lose his DOSA. [6]

23. At level two, Plaintiff was told to review the Department of Corrections policy 600.020 Offender Paid Health Care if he still want to explore surgery for the removal of the lump.

24. Plaintiff appealed grievance Log No. 18668119 to the Department of Correction Head Quarter. Defendant Mary Curray Assistant Deputy Secretary of DOC respond

25. Defendant Currey upheld the decisions

[6] See Health Service kite Dated 12,5,18   Ex 6.

1  of level one and two grievance appeal.
2
3  26. having the authority to render the
4  final decision, defendant Currey denied
5  Plaintiff constitutionally adequate medical
6  care pursuant to WAC 137-9t-010 for
7  Intractable Pain
8
9  27. On January 7, 2019 Plaintiff was
10 transferred to Washington Correction Center
11 (WCC). Feburary 11, 2019 Plaintiff sub-
12 mitted a Health Service kite complaining
13 taking BLACK BOX pain medication to
14 endure back pain as if he half to
15 suffer a heart attack or stroke which
16 are the side effects and, asked to
17 have something done "PLEASE" (6)
18
19 Plaintiff was transferred to Coyote
20 Ridge Correction Center (CRCC). May 13,
21 2019 Plaintiff submitted a Health Service
22 kite informing that he suffer sever pain
23 in his back from the lump that was
24 supposed to be monitored that have
25 spread to his lat and accloss his upper
   back. "Please Remove This lump"
   (7) Health Service kite Attatched Ex 7.
16 facts

1  From May 13, 2019 to August 21, 2019 plaintiff
2  wrote thridteen Health Service kites
3  complaining of Intractable pain, inability
4  to sleep, loss of Function to left arm,
5  not able to achieve a accurate dianosis
6  of his condition, suffering crick neck
7  pain.
8
9  June 19, 2019 the medical provider had
10 Plaintiff sent to Trios Health Center
11 3610 Plaza Way kennewick Wa 99338
12 for a ultrasound (8). The ultrasound
13 failed to provide a accurate diagnosis
14 of Plaintiff's condition.
15
16 Plaintiff filed a Inmate grievance (9)
17 Complaint Log No. 19681345, complaining
18 about (1) Medical being aware of the
19 painful lump (2) The lack of medical
20 not knowing in all these months if the
21 lump is malignant (3) Living in Sever pain
22 and inability to participate in normal
23 activities (4) Neglect and indiffelence
24 to the well documented pain he suffeles

(8) Trios Health Imaging Department Results
Attatched EX 8.

No clinical monitoring of the growth
or spread had been done as ordered
by the Care Review Committee (CRC)
November 21, 2018.

Ten months later Level 2. grievance response
Log No. 19861345 no documentation of
the second lump and Plaintiff was
told that his condition do not meet
medical necessity criteria.

Plaintiff appealled the level 2 decision
asking DOC medical what the lump and
pain from, provide a medical result of
what the lump actually is by providing
the medical attention that would provide
the results. DOC have failed to provide
the result.

At level 3. Defendant Curley. Assistant
Deputy Secretary of DOC made the
final decision under grievance Log No
19681345.

(9) Inmate Grievance Complaint Log No. 19681345
Attatched Ex 9

2  Defendant Curley state: The Information
3  presented stated "confirmed lipomas"
4  which may not be accurate based only
5  upon ultrasound results (2) It was also
6  presented that the mass had not changed
7  in size, yet earlier documentation
8  supported the presence of only a
9  single mass and there is evidence
10 that it grew slightly.

12 Plaintiff's grievance is partially
13 Supported.

15 The Department continued to deny
16 the Plaintiff with Constitutionally
17 adequate medical care per the OHP
18 Offender Health Plan persuant to WAC
19 139-91-010 for intractable pain.

21 On July 19, 2019, Plaintiff's primary
22 care practioner Sarah E. Landis
23 Submitted a Second Care Review
24 Committee Report (10)

(10) Care Review Committee Report.
     Consultation Request & Patient Notification
     Attatch EX 10

2  Defendants Dr. Ryan Harrington. Dr
3  kenneth Sawyer and, Dr. Frank Longano,
4  Dr. Dale Fetroe, Dr. Lysle W. Williams,
5  Dr. David J. kenney chaired represent-
6  ing the Department of Correction (DOC).
7
8  The CRC report inform the board
9  members that Plaintiff suffer from
10 "intractable, chronic, and substantial
11 pain for months".
12
13 The Intervention proposed was
14 General Surgery Consult with Diagno-
15 stics And Treatment As Indicated.
16 Recommendation: Level 1, Approval
17 As Medically Necessary
18
19 August 6, 2019 the CRC denied
20 medical care as; Not Medically
21 Neccessary. None of the chair-
22 persons have seen the plaintiff or
23 talked to him
24
22

2  August 10, 2019, Plaintiff appealed
3  the CRC decision, citing the Offender
4  Health Plan pursuant to WAC 137-91-010
5  for Intractable Pain (11)

7  CRCC Medical responded by telling
8  Plaintiff to file a Inmate grievance
9  Log No. 19685208. Plaintiff complain
10 that this is the Second CRC pre-
11 sented for immobilizing and intact-
12 able pain where the CRC without a
13 accurate diagnosis considered that
14 his medical condition not medically
15 neccessary for Surgery.

17  Suggested Remedy: (1) Need to see
18 a specialist to determine what
19 these lumps are. (2) DOC to arrange
20 Surgery so that I can regain mobil-
21 ity equal to people simular to
22 myself. (3) Need immediate attention
23 for my serious medical condition
24

(11)  CRC Appeal on Health Service kite
      Attach Exh. And Grievances Log No. 19685208
      As Ex 11

23

DOC Part B. level 1 response September 30, 2019 state that the CRC denied request for a surgical consultation July 17, 2019

The investigation result provide that plaintiff pain has increased, have swelling which affect his sleep and Active Daily Living (ADL's) and suggest for him to update his provider.

Plaintiff Appealed grievance Log No. 19685208 to level 2 September 10, 2019 Plaintiff suggested Remedy was to follow the suggested remedy in the Part A. Initial grievance.

Part B. Level 2 response allege that Plaintiff have been scheduled for a needle biopsy of the mass yet, denying Plaintiff surgical intervention for a condition they don't know what it is

24

2   and have medical facts that he is
3   suffering from intractable, chronic and
4   substantial pain.
5
6   Plaintiff appeals part B. level 2. griev-
7   ance response to Log No. 19685208 for
8   level 3.
9
10  Feburary 3, 2020, Defendant Curfey
11  Assistant Deputy Secretary of DOC
12  responded to plaintiff's appeal;
13  You have enlarging left posterior
14  shoulder masses, currently measured
15  at 12cm, and 7x4 cm. You have a
16  pending consult a computed tomog-
17  raphy CT and biopsy.
18
19  On January 27, 2020 a committee
20  consisting of the Chief Medical
21  officer, Deputy Chief Medical Officer,
22  and Facility Medical Director determined
23  your request to be medically necessary
24  and have approved surgical removal

25

1
2 of the mass. (12)
3
4 Plaintiff was transferred from Coyote
5 Ridge Correction to Monroe Correction
6 Center Camp. On September 2, 2019
7 Plaintiff submitted a Health Service
8 kite requesting a biospy to determine
9 what's causing the lumps to grow and
10 cause so much pain. I can not lay on
11 my left side due to the pressure of the
12 hard bunks, body weight against the
13 area back and lat, that's sever pain.
14 I am left handed and naturally sleep
15 on my left side. To try to sleep on my
16 right leaves me with crick neck pain(11)
17
18 Plaintiff submitted 11 Health Service
19 kites. On October 3, 2019 Plaintiff
20 went to sick call concerning the
21 medical provider submitting a request
22 for a biopsy.
23
24 Plaintiff biopsy procedure was denied

(12)   Care Review committee Report attatched Ex 12
(13)   Health Services kites Attached Ex 13

26

1
2  This is the "only" medical procedure that
3  would produce definitive diagnosis of
4  what the lumps are (14)
5
6  On Feburary 12 Plaintiff went to Providence
7  Medical Center in Monroe Washington for
8  a Cat Scan (CT).
9
10  This medical procedure was incomplete
11  1. The FINDINGS only scanned one
12  lump
13  2. It allege : No nodularity, solid
14  components, or definite vascular
15  components to suggest liposarcoma
16  Which is cancer.
17  3. IMPRESSION: Contradict the find-
18  ing if a low grade liposarcoma
19  can not be completely exclued (14)
20
21       VI  PAIN MANAGEMENT
22
23  Plaintiff was perscribed Salsalate
24
(14)  Health Service Response / Encounter
      Attatched  Ex 12
(15)  Cat Scan Results  Attatched  EX 15
27  Pain Management

750 mg per pill. He had been taken
this medication daily for over a year.

The side effects of this medication
placed Plaintiff at risk of serious
health problem to death with long
term use. (14)

Plaintiff was authorized a Health
Status Report (HSR) for a extra
pillow November 8, 2018 due to the
crick neck pain complained of and
the inability to lay on his left side. (16)

On June 5, 2019 security staff at
Coyote Ridge Correction took Plaintiff
extra pillow compelling him to move
for a 'MEDICAL EMERGENCY' where
he was told he would half to wait
weeks for the Chief Medical Officer
(CMO) approve another HSR. (17)

(14) Patient Medical Information Attatched Ex 1
(16) Health Status Report Attatched Ex 16
(17) Health Service kite and Progress Note Ex 17

2  Plaintiff suffered intense neck and
3  shoulder pain as a result of DOC
4  changing the policy taking away
5  primary care providers authority to
6  authorize Health Status Reports (HSR)
7  for Plaintiff condition.
8
9  While at Monroe correction Center
10 (MCC), Plaintiff presscription was
11 changed From Salsalate to Melox-
12 icam 7.5 mg per pill. This medication
13 has the same side effect as the
14 Salsalate placing plaintiff at risk
15 for heart and blood vessel problems
16 to death with long-term use [18]
17
18 Capzasin-HP for arthritis pain relief.
19
20 April 21, 2020, Plaintiff went to
21 medical at Stafford Creek Correction
22 Center (SCCC) concerning inpart the
23 lump removal and the click neck
24 pain as well as intractable pain he

[18]  Patient Medical Information Meloxicam
      Attatched  Ex 18
29 Pain Management

1
2  was perscribed Diclofenac Sodium Topical
3  Gel.
4
5  The Primary Encounter Report verify[19]
6  that the growth and spread of the lump
7  have seriously affected and limited
8  the use of Plaintiff left arm. CT
9  scan Feburary 12, 2020 suggest mild
10  to moderate glenohumercal osteoarth-
11  ritis, a condition resulting from the
12  length of time Plaintiff have been
13  suffering from intractable, chronic,
14  and substantial pain

15
16  VII OFFENDER HEALTH PLAN
17        WAC 137-91-010
18  The policy of the Department of Correction
19  with regard to health care for offenders in
20  adult correctional facilities is to provide
21  that care, consistent with the Offender
22  Health Plan (OHP), which is medically
23  necessary to respond to the offender's
24  medical, dental, and mental health needs

[18] Primary Encounter Report dated April 21, 2020
       Attatched  Ex 19

30  Pain Management

Medically Necessary is defined as the
care that is determined by the department;
A. Be consistent with applicable depart-
ment policies and procedures.
B. Be ordered by a authorized depart-
ment health care provider.
C. Not be considered experimental or
be lacking in medically recognized
professional documentation of efficacy;
and
D. Not be administered solely for the
convenience of the offender or health
care provider.

Under this policy, the Department CRC
board and it's policy makers was
deliberately indifferent to WAC 137-91-
010 (4) whent they were abreast that
Plaintiff suffers from intractable, chronic
and substantial pain and denied him
adequate medical care per the Offender
Health Plan (OHP) for intractable pain
for three years.

1

2  The Department told the Plaintiff to pay
3  for the medical care he need under DOC
4  Policy 600.020 in grievance Log No. 1866
5  8119 and continued to deny Plaintiff
6  constitutionally adequate medical care.
7

8  Through several more months of suffering
9  intractable pain and loss of use in
10  his left arm, Plaintiff wrote 13 Health
11  Service kites while housed at Coyote
12  Ridge Correction Center from May 13, 20
13  19 to August 19, 2019  Plaintiff's
14  primary care provider could not authorize
15  adequate medical care due to the
16  department policy change for practitioners
17  See Ex 6.
18

19  The Department (DOC) misused the Trios
20  Health Center Ultrasound results as
21  a accurate medical procedure to
22  determine what Plaintiff was suffering
23  from Ex 7. yet, Review of grievance
24  Log No. 19681345 part B level 3

32  Legal Standing

2 response page 2 of 2 the Department
3 admit the ultrasound is a unsound
4 diagnosis because it can not rule out
5 any malignancy such as liposarcoma.
6
7 The Department also state that they
8 was misinformed as to the size of
9 the growth due to a failure to clinically
10 monitor Plaintiff's condition per the
11 CRC Patient Notification November
12 29, 2018 Comments  See EX 5
13
14 After Plaintiff's primary care practitioner
15 Sarah E. Landis informed the Department
16 Care Review Committee (CRC) that
17 Plaintiff have been suffering "Intract-
18 able, chronic, and substantial pain
19 for months July 17, 2019 and recommend
20 Level 1 Approved As Medically Necessary
21 Plaintiff was denied adequate medical
22 care without comment  See Ex 6A
23
24 After Plaintiff appealed the CRC decision

   See Ex 9 and Ex 9A

33

grievance was found adequately
investigated.

29. Defendant Currey state that the
plaintiff remain free to pursue addi-
tional care under the terms of DOC
Policy 600.020, Offender Health Care.

        VIII Deliberate Indifference

30. The Department of Correction's (DOC)
practice of withholding necessary care
from patients with serious and painful
medical conditions is deliberate indiffer
ence.

31 DOC's health care pre-approval
process to restrict medical cost at
the expense of necessary prisoner
health care.

32. At the heart of this process is a
centralized body that the DOC calls
it's Care Review Committee (CRC)
chaired by in Mr. Slack's case, the
named defendants in this action

FACTS / DELIBERATE INDIFFERANCE

1
2 with defendant KARIKO M.D. having the
3 rank of Chief Medical Officer. (CMO),
4 and composed of DOC medical providers
5 from throughout the state.
6
7 33. The CRC conducts weekly conference
8 calls on which individual medical
9 providers summarize their patients
10 condition and propose a intervention,
11 such as specific diagnostic test, a
12 specialist consult, or a particular
13 treatment
14
15 34. The committee votes to approve or
16 deny the proposed intervention. A
17 majority vote determines wether the
18 patient recieves the proposed care.
19 35.
20 In the plaintiff case, the committee
21 cast their vote without ever having
22 spoken to him, examined him, or
23 even glanced at his medical record.
24 36.
25 The CRC controls medical cost using
26 an unduly restrictive standard to

35   DILIBERATE INDIFFERANCE

2 determine whether a proposed inter-
3 vention is "medically necessary" under
4 the Department's Offender Health Plan
5 (OHP), a written policy. Which DOC
6 asserts is simular to an insurance
7 policy that describes the types of care
8 that are covered and not covered in
9 DOC. This regularly result in denial
10 and delay of necessary care for
11 prisoners with serious medical
12 conditions.
13
14 37. The CRC process and decision:
15 (1) failed to treat plaintiff's con-
16 dition suffering with intractable
17 pain resulting from lumps in the
18 upper left portion of his back and
19 lat area, a condition that's gone
20 undiagnosed and labled as "lump" or
21 "L. posterior shoulder/trunk mass"
22 which is not a medically sound
23 diagnosis (2) overrule the medical
24 recommendations of DOC medical
25 provider without sound medical know-
26 ledge and clinical justification

36 │ DILBERATE INDIFFERANCE

38. The CRC disregard accepted practices in health care utilization management and review that would safeguard against these negative health consequences.

39. DOC centralized decisions implementing its offender Health Plan through its CRC process constitute deliberate indifference to plaintiff's serious medical need in violation of the Eighth Amendment of the United State Constitution.

40. DOC's policy and practice pose an ongoing, serious risk of harm to plaintiff under DOC care.

VII  Harm To Plaintiff Caused By
The Inadequate CRC System

41. Mr. Tommie Slack has 3 large lumps in his back which is a undiagnosed medical condition that result in intractible pain, anxiety and depression.

42. Mr. Slack has experienced, and continue to endure immobilizing pain in the upper left portion of his body. He suffers contradctions of sever stabbing pain in his back.

43 Mr. Slack's personal intervention in protecting himself from pain restricts him from lifting his left arm up over his head. He is unable to exercise or have normal movement without pain.

44. Mr. Slack often suffer neck pain from force sleep in a unnatural posistion. He continues to take Black Box medication at the risk of a heart attack or stroke to substain mimumul comfort and mobility.

<u>VIIII</u>  Claim For Relief
Violation of Eighth Amendment

45. The defendants have acted, and continue to act, with deliberate indifference to plaintiff medical need

HARM TO PLAINTIFF / Claim for Relief

46. By their actions and omissions, taken under the color of state law, Defendants have violated, and continue to violate, the plaintiff's right to be free from cruel and unusual punishment, guaranteed to him by the Eighth Amendment of the United State Constitution. Defendants constitutional violations are actionable under 42 U.S.C. 1983.

VIII   Request for Relief

46. Plaintiff ask the Court to order the following relief:

47. A declaration that defendants policies and practices governing the prior approval of medical care request by DOC medical providers and by specialists not employeed by DOC violate the Eights Amendment.

48. Preliminary and permanent injunction restraining defendants from

REQUEST FOR RELIEF

2   denying, without reasonable medical
3   justification, necessary care for the
4   plaintiff's serious medical need.

6   49. Award compensatory damage
7   in the sum of $50.000. dollars
8   against each named defendant
9   equaling $650.000 six Hundred and Fifty
10   Thousand Dollars.

12   50. Plaintiff seeks punitive damages
13   in the sum of $50,000 dollars each
14   against the named defendants in
15   this suit equaling the sum of
16   $650,000 six Hundred and Fifty Thousand
17   Dollars for acts or omissions
18   that constitute Deliberate Indiff-
19   erence in Violation of the Eighth
20   Amendment of the United State
21   Constitution

23   51. Plaintiff seeks a jury trial on all
24   issues triable by jury

26   58. Plaintiff seeks recovery for the cost

40   REQUEST FOR RELIEF

## IV.   RELIEF

*State exactly what you want the Court to do for you.  For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief.  Make no legal arguments.  Cite no cases or statutes.*

of any and all side effects caused by the long term use of the medication per-scribed by medical providers employeed by DOC Medical check up's, Physical monitoring hospitalization, after Mr. Slack have been released from prison

## V.   SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

May 26, 2020
Dated

Tommie Slack
Plaintiff's Signature

UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

42 . 42.U.S.C. 1983

## TABLE OF CONTENT

Declaration And Application To Proceed
In Forma Pauperis And Written Consent
For Payment of Cost By A Prisoner.

Summons.

42 U.S.C 1983 Prisoner Civil Rights
Complaint   49 pages.

### EXHIBITS

Exhibit One: Patient Medical Information
1. page

Exhibit Two: Eleven Medical kites
From Olympic Correction Center   11. pages

Exhibit Three: Offender Complaint
Grievance Log No. 18666524   2 pages

1. of 4.

Table Of Content

Exhibit Eleven: Appeal Care Review
Decision Coyote Ridge Correction Center
Medical Health Service kites.
Offender Complaint Grievance Log
No. 19685208    5 pages

Exhibit Twelve: Care Review Committee
Report by Practitioner A. Awab
Monroe Correction Center   1. page

Exhibit Thirteen: Health Service kites
Monroe Correction Center   6. pages

Exhibit Fourteen: Health Service
Response/Encounter. Monroe Correction
Center    1 page

Exhibit Fifteen: C.T. Scan Results
Providence Medical Hospital. Monroe
Washington   3. pages

Exhibit Sixteen: Health Status Report
Olympic Correction Center   1. page

Table Of Content

Exhibit Four: Care Review Committee
Report And Patient Notification 2.pages

Exhibit Five: Offender Complaint Grievance
Log No 18668119.  3 pages

Exhibit Six: Health Service kite
Washington Correction Center  1.page

Exhibit Seven: Health Service kites
Coyote Ridge Correction Center  13.pages

Exhibit Eight: Trios Health Findings
1. page

Exhibit Nine: Offender Complaint
Grievance Log No 19681345  Coyote
Ridge Correction Center  4. pages

Exhibit Ten: Consultation Request/
Report by Sarah E Landis. Care Review
Committee Report. Care Review
Committee Patient Notification  3 pages

2. of 4.

Table Of Content

Exhibit Seventeen: Emergency Health Service kite Coyote Ridge Correction Center. Medical Progress Note by Pamelyn J. Soari ARNP   2. pages

Exhibit Eighteen: Patient Medical Information Meloxicam 7.5 Mg Tab 1. page

Exhibit Nineteen: Primary Encaunter Report. Stafford Creek Correction Center.  5. pages

4. of 4.

# ATTATCHMENT

## Exhibit One

### Patient Medical Information

ATTACHMENT
EXHIBIT 1.

**SALSALATE 750MG TAB**     **PATIENT MEDICATION INFORMATION**     Rx #70992135

GENERIC NAME:  Salsalate (SAL sa late)

WARNING:  This drug may raise the chance of heart and blood vessel side effects like heart attack and stroke. If these happen, they can be deadly. The risk of these side effects may be greater if you have heart disease or risks for heart disease. However, the risk may also be raised in people who do not have heart disease or risks for heart disease. The risk of these health problems can happen as soon as the first weeks of using this drug and may be greater with higher doses or with long-term use. Do not use this drug right before or after bypass heart surgery. This drug may raise the chance of very bad and sometimes deadly stomach or bowel side effects like ulcers or bleeding. The risk is greater in older people. The risk is also greater in people who have had stomach or bowel ulcers or bleeding before. These problems may occur without warning signs. Talk with the doctor.  COMMON USES:  It is used to treat arthritis. It is used to treat rheumatoid arthritis.

BEFORE USING THIS MEDICINE:  WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? For all patients taking this drug: TELL YOUR DOCTOR: If you have an allergy to salsalate or any other part of this drug. TELL YOUR DOCTOR: If you have an allergy to aspirin or NSAIDs. TELL YOUR DOCTOR: If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs. TELL YOUR DOCTOR: If you have any of these health problems: GI (gastrointestinal) bleeding or kidney problems. TELL YOUR DOCTOR: If you are having trouble getting pregnant or you are having your fertility checked. TELL YOUR DOCTOR: If you are pregnant or may be pregnant. Do not take this drug if you are in the third trimester of pregnancy. You may also need to avoid this drug at other times during pregnancy. Talk with your doctor to see when you need to avoid taking this drug during pregnancy. TELL YOUR DOCTOR: If you are taking any other NSAID. TELL YOUR DOCTOR: If you are taking a salicylate drug like aspirin. TELL YOUR DOCTOR: If you are taking pemetrexed. Children: TELL YOUR DOCTOR: If your child has or is getting better from flu signs, chickenpox, or other viral infections. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE:  HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take with or without food. Take with food if it causes an upset stomach. Take with a full glass of water. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses.

CAUTIONS:  Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Have your blood work checked if you are on this drug for a long time. Talk with your doctor. High blood pressure has happened with drugs like this one. Have your blood pressure checked as you have been told by your doctor. This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug. Talk with your doctor before you drink alcohol. If you smoke, talk with your doctor. If you have asthma, talk with your doctor. You may be more sensitive to this drug. Do not take more than what your doctor told you to take. Taking more than you are told may raise your chance of very bad side effects. Do not take this drug for longer than you were told by your doctor. You may bleed more easily. Be careful and avoid injury. Use a soft toothbrush and an electric razor. If you are taking aspirin to help prevent a heart attack, talk with your doctor. Very bad and sometimes deadly allergic side effects have rarely happened. Talk with your doctor. Do not give to children and teenagers who have or are getting better from flu signs, chickenpox, or other viral infections due to the chance of Reye's syndrome. Reye's syndrome causes very bad problems to the brain and liver. This drug may affect how much of some other drugs are in your body. If you are taking other drugs, talk with your doctor. You may need to have your blood work checked more closely while taking this drug with your other drugs. Liver problems have happened with drugs like this one. Sometimes, this has been deadly. Call your doctor right away if you have signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes. If you are 65 or older, use this drug with care. You could have more side effects. NSAIDs like this drug may affect egg release (ovulation) in women. This may cause you to not be able to get pregnant. This goes back to normal when this drug is stopped. Talk with your doctor. This drug may cause harm to the unborn baby if you take it while you are pregnant. If you are pregnant or you get pregnant while taking this drug, call your doctor right away. Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY?

2 the authority of head medical pro-
3 vider at all time in this action at OCC.
4
5 5. The pain was at a sever and
6 immobilizing point in plaintiff condition
7 that Newton prescribed Salalate at
8 750 Mg per pill.
9
10 6. This strong medication provided
11 very little comfort yet helped the
12 plaintiff tolerate the pain during
13 T.C. treatment program hours, yet
14 suffering from depression and anxiety
15 enduring the pain." (1) (See Exhibit A.)
16
17 7. After weeks had past, and
18 plaintiff constant complaints through
19 inmate medical kites, he was taken
20 to Clallam Bay Correction Center (CBCC)
21 medical for x-rays for possible
22 rotary cup shoulder injury.
23
24 8. The medication Salsalate is
25 so strong that it's considered BLACK
26 BOX medication, having side effects

(1)
Exhibit A. Medical Information for Salalate
12  FACTS.

# ATTATCHMENT

## Exhibit Two

11. Medical kite To And Recieved From Medical Staff at Olympic Correction Dated 10,9,18 thru 12,9,18

#1.

Rcvd 10-29-18



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          **SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY**

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282904 | FACILITY OCC | UNIT/CELL Ozette | DATE 10.29.18 | TIME |
| JOB/PROGRAM Kitchen | JOB/PROGRAM HOURS 3 to 620 PM. | | DAYS OFF Tues / Wed | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I have a large lump in my back that's causing
sever pain in my shoulder, leaving me unable to
sleep on my left side as well as restricting my
movement. Medical said over a month that a
picture w urd be taken and presented to a board
for removal, but now it needs tobe removed ASAP
Thank You

_Tommi Sl__
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within 1-2 days/weeks/months | ☐ Next available sick call | ☐ No visit required |
|---|---|---|

Will send this to the provider

You will be scheduled to be seen

MMedia RRUN

10/29/18

| RESPONDER signature and stamp (all copies) L. Barnes RN | DATE and TIME 10-29-18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CI**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)          DOC 610.600    DOC 610.650    DOC 630.500    DOC 630.540

Rec'd
11-2-18



Department of
**Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*   **SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY**

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282904 | FACILITY OCC | UNIT/CELL Ozette | DATE 11/21/18 | TIME |
| JOB/PROGRAM Kitchen | | JOB/PROGRAM HOURS Tue / Wens | DAYS OFF 3 to 6:20 PM | |

**If you feel you have an actual medical emergency, alert the staff and do not use this form.**

**TYPE OF REQUEST (check only one box per form)**

[X] MEDICAL    [ ] DENTAL    [ ] MENTAL HEALTH

[ ] MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

[ ] OPTOMETRY    [ ] OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I would appreciate being seen much sooner than a
week or two as informed. My shoulder is severly
affected by this tumer in my upper left hand
portion of my back causing serious pain to the
left arm. This condition should have been attended to well
over a month ago and it have grown causing pain
you were going to take a picture and present it to the board

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

-This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

[X] Schedule within ___ days/weeks/months    [ ] Next available sick call    [ ] No visit required

See responses to prior
Kites.

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| _____ ARNP | 12/5/18 |

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)    DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540    KITES

# 3.



Department of
**Corrections**
WASHINGTON STATE

Rec'D
11-5-18

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

PLEASE PRINT     *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME Slack | | FIRST NAME Tommie | |
|---|---|---|---|
| DOC NUMBER 282904 | FACILITY OCC | UNIT/CELL O2ette | DATE 11,5,18    TIME |
| JOB/PROGRAM Kitchen | JOB/PROGRAM HOURS 3 to 620 PM | DAYS OFF Tues / Weds | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL     ☐ DENTAL     ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY     ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I have a tumer in my upper left side in my back causing
me sever pain " I cant sleep on my left side. Im losing
movement in my shoulder and the tumer is growing
Im being forced to suffer over 8 weeks because of
the medical forgot to take a picture for the board can
agree to remove the tumor or medical dont feel it's
serious enough to give medical attention. If I cant
get medical attention here please send me where I can

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ___ days/weeks/months     ☐ Next available sick call     ☐ No visit required

See response to prior
kite

| RESPONDER signature and stamp (all copies) MWenden ARNP | DATE and TIME 12/5/18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/12/2018)     DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540     KITES

# 4

*Please Respond*

*Rec'd 11-6-18*



**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

PLEASE PRINT          **SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY**

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282934 | FACILITY OCC | UNIT/CELL Ozette | DATE 11, 7, 18 | TIME |
| JOB/PROGRAM Janitor | JOB/PROGRAM HOURS 3:30 to 8 P.M | | DAYS OFF Sun / Mon | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)** *call*

I like to know who made a medical ~~concerning~~ this
tumor in my back that's causing sever pain and cutting
off circulation in my left arm without seeing me
And why wasn't the picture taken and brought
before the medical board months ago before this
level of suffering happened to me like I was
told by medical staff at OCC medical. I want
to see someone immediately.

*Tommi Slack*
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months     ☐ Next available sick call     ☐ No visit required

You are scheduled to be seen Thursday.

| RESPONDER signature and stamp (all copies) *M Newhue ARNP* | DATE and TIME 11/6/18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES



**Department of**
**Corrections**
WASHINGTON STATE

Rec'D
11-9-18

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY

| LAST NAME  Slack | | FIRST NAME  Tommie | |
|---|---|---|---|
| DOC NUMBER  282904 | FACILITY  OCC | UNIT/CELL  Ozette | DATE 11.9.18 | TIME |
| JOB/PROGRAM  Janitor | JOB/PROGRAM HOURS  3-8 P.M. | | DAYS OFF  Sun / Mon |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST** (check only one box per form)

☒ MEDICAL          ☐ DENTAL                    ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY       ☐ OTHER: _____

**REASON FOR REQUEST** (list problem or medications needing refill)

I was seen on 11.8.18. I was to recieve 3. HSR's
(1) Lower Bunk. (2) Allowing Restroom Brakes During
T.C. Hours (3) Extra Pillow. Security state those
HSRs were not down loaded as I was told they
would be.
I truly need those HSRs please

Thank you!

_____
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| ☐ Schedule within _____ days/weeks/months | ☐ Next available sick call | ☒ No visit required |
|---|---|---|

Copy sent to us and e-mailed to custody
staff.

| RESPONDER signature and stamp (all copies)  A. Hall  A. HALL, RN2. IPN | DATE and TIME  11-9-18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES



Department of
**Corrections**
WASHINGTON STATE

Rec'd
11-20-18

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          ***SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY***

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282954 | FACILITY OCC | UNIT/CELL Ozette | DATE 11,19,18 | TIME |
| JOB/PROGRAM Janitor / TC | JOB/PROGRAM HOURS 3:30  8:0 P.M | | DAYS OFF Sun / Mon | |

*. If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I've been suffering with a very large lump in my
back that is and have been painful for months and
medical is very well abreast. After failing to place me
in a place to have it removed. I'm told wait until after
they come back from holiday while the lump continue
to grow and cause pain to imobility. All medical gave
is a extra pillow for my very serious condition due
to them not knowing nor finding out what the lump is
going on the 3rd month          Tomi   ~~

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ___ days/weeks/months          ☐ Next available sick call          ☐ No visit required

The plan of care was discussed with you
at your last appointment. By measurement
at that appointment, your lump was the same
as it was when I first saw it. If mobility is causing
pain, then stop weight lifting until your evaluation
is completed. You may use OTC analgesic / must be rule-

| RESPONDER signature and stamp (all copies) MMcuea ARNP | DATE and TIME 11/20/18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE**/**YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

of 2

Continued Page One



Department of
**Corrections**
WASHINGTON STATE

Rec'd 11-20-18

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*       SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282904 | FACILITY OCC | UNIT/CELL Ozette | DATE 11.19.18 | TIME |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL     ☐ DENTAL     ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY     ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

This level of lack of medical attention is due to
staff convience and lack of priority. For months I've
recieved no pain medication nor medication to release
slow the growth process
Please explain what's wrong and thus if you cant
answer, please explain why you dont know the
answer

Thank You

Tom    SLK
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ____ days/weeks/months    ☐ Next available sick call    ☐ No visit required

See the Kite #1 response

| RESPONDER signature and stamp (all copies) M Newton HRA | DATE and TIME 11/20/18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)     DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540     KITES



*Rcvd 11-27-18*   *Sho 11/27/18*

**HEALTH SERVICES KITE**

**Department of Corrections**
WASHINGTON STATE

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282904 | FACILITY SCC | UNIT/CELL Ozette | DATE 11.27.18 | TIME |
| JOB/PROGRAM | JOB/PROGRAM HOURS | | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☑ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

Weight lifting have nothing todo with this lump
(2) You haven't remeasured the lump once to
know if it's grown noe how it have spread your
response dated 11.20.18  I recieved 11.26.18
have nothing to do with medical attention
you are unable to tell me what the lump is
so alc you going to know how to treat it
all knowing I'm truly suffering

_____
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within _____ days/weeks/months     ☐ Next available sick call     ☐ No visit required

See Kite response 11/26/18.

_____

_____

_____

_____

| RESPONDER signature and stamp (all copies) *Milewilen ARNP* | DATE and TIME 11/27/18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

Pleoese Respond

Rec'D
11-26-18

**HEALTH SERVICES KITE**



Department of
**Corrections**
WASHINGTON STATE

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

PLEASE PRINT

| LAST NAME Slack | | FIRST NAME Tommie | |
|---|---|---|---|
| DOC NUMBER 252904 | FACILITY OCC | UNIT/CELL Ozette | DATE 11.27.18 / TIME |
| JOB/PROGRAM Janitor | JOB/PROGRAM HOURS 3.73 | DAYS OFF Sun Mon | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I would appreciate releasing all my medical
information to Mr. Dan Whitmore Attorney at
Law and Mrs Ollie M. Slack.
I'm giving any medical staff permission over
the phone, Fax or email when contacted

Thank You.

*Tommie Slack*
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within _____ days/weeks/months          ☐ Next available sick call          ☐ No visit required

Mr. Slack,
You will have to sign a release of information
in order to allow us to say anything on the
phone to anyone, this release will include a cost
now. If your attorney or wife would like specific
records they can request them online through
the DOC public website.

| RESPONDER signature and stamp (all copies) | DATE and TIME |
|---|---|
| [signature] CMA   L. HUTTO, CMA | 11/26/18 |

PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

KITES

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540

Please Respond



**Department of Corrections**
WASHINGTON STATE

Rec'd 11-26-18

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*          SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282904 | FACILITY OCC | UNIT/CELL Ozette | DATE 11,27,18 | TIME |
| JOB/PROGRAM Janitor | JOB/PROGRAM HOURS 3-1730 | | DAYS OFF Sun / mon | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST** (check only one box per form)

[✗] MEDICAL          [ ] DENTAL          [ ] MENTAL HEALTH

[ ] MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

[ ] OPTOMETRY          [ ] OTHER:

**REASON FOR REQUEST** (list problem or medications needing refill)

I'm requesting to know when and what are
you going to do about this very large lump
that's growing → spreading causing me to
lose circulation and sever pain in my arms
If you're not able to provide medical attention
please "send me where" I can recieve medical
attention. It's been hurting for 3 straight
months and knowingly doing to me dont make sense

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**

This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| [ ] Schedule within ___ days/weeks/months | [ ] Next available sick call | [ ] No visit required |
|---|---|---|

Your case was presented to the Medical Care Review
Committee (CRC), Wednesday, 11/21/18. Removal of the
lipoma on your back was determined to be not
medically necessary at this time. You will be
monitored for any concerning changes on a regular
basis. You may also report changes such as the
lipoma enlarging further.

| RESPONDER signature and stamp (all copies) M. Newlun, ARNP | DATE and TIME 11/26/18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

*Please Respond*

**Department of Corrections**
WASHINGTON STATE

**HEALTH SERVICES KITE**

Rec'd 11-29-18

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

| *PLEASE PRINT* | | | *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY* |
|---|---|---|---|

| LAST NAME Slack | | FIRST NAME Tommie | | |
|---|---|---|---|---|
| DOC NUMBER 282904 | FACILITY OCC | UNIT/CELL O2ette | DATE 11, 28, 16 | TIME 1 |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

[X] MEDICAL          [ ] DENTAL          [ ] MENTAL HEALTH

[ ] MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

[ ] OPTOMETRY       [ ] OTHER: ___

**REASON FOR REQUEST (list problem or medications needing refill)**

I would like to have a print out of what was presented
to CRC for them to deduce not giving me medical
attention. I am aware what the x-ray tech wrote
in his report. You all know the pain I've continued to
complain about and if it wasn't serious you would not
of had a issue to present to CRC. You know I can't
lay on my left side, the sever pain and loss of
circulation, is this how I'm to do my time? please explain

Tommi Slack
OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

| [ ] Schedule within ___ days/weeks/months | [ ] Next available sick call | [ ] No visit required |
|---|---|---|

Your case was presented to the Medical CRC per
your request. You are scheduled for follow-up.
The remainder of this request is a public
disclosure. Referral to L. Hutto, CMA

| RESPONDER signature and stamp (all copies) Mslewter AORP | DATE and TIME 11/29/18 |
|---|---|

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: WHITE/YELLOW – Responder, PINK – Offender keeps
Distribution upon completion: WHITE – Health Record, YELLOW – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)          DOC 610.600   DOC 610.650   DOC 630.500   DOC 630.540          KITES

5A




Department of
Corrections
WASHINGTON STATE

Rec'd
12.4-18

**HEALTH SERVICES KITE**

This form must be used to request non-emergency
health care services, except in facilities where kiosks or sign-up sheets are used.

*PLEASE PRINT*                    *SUBMISSION OF HEALTH SERVICES REQUEST MAY RESULT IN A CO-PAY*

| LAST NAME Slack | | FIRST NAME Tommie | |
| --- | --- | --- | --- |
| DOC NUMBER 282904 | FACILITY SCC | UNIT/CELL O2 e-He | DATE 12,4,18 | TIME |
| JOB/PROGRAM | | JOB/PROGRAM HOURS | DAYS OFF | |

*If you feel you have an actual medical emergency, alert the staff and do not use this form.*

**TYPE OF REQUEST (check only one box per form)**

☒ MEDICAL          ☐ DENTAL          ☐ MENTAL HEALTH

☐ MEDICATION REFILL – List medication(s) with prescription number(s) or place sticker below

☐ OPTOMETRY          ☐ OTHER: _____

**REASON FOR REQUEST (list problem or medications needing refill)**

I have a large lump spreading in my back
I cant lay on the left side of my body. You all
let a inmate go blind that had the same lump
on his nose to the point doctors was refusing to
move it due to the growth and what it may cause
moving it. Now my lump has grown into my lat
area knowing the X-ray tech told you it needs
to be removed. I stay in pain and cont sleep well
Please do something                    Tom Slack

OFFENDER SIGNATURE

**HEALTH SERVICES RESPONSE/ENCOUNTER**
This form must be filed if any information is entered below except for: simple prescription refills, finance, non-medical
work/bunk change, religious diets, shoes, classification, non-health services issues

☐ Schedule within ___ days/weeks/months          ☐ Next available sick call          ☐ No visit required

Mr. Slack, You have already been informed of
your care plan. The kites you are sending constantly
constitute harassment. Cease this type of kiting
or you will receive an infraction. Your follow-up
appointment is in a week.

| RESPONDER signature and stamp (all copies) | DATE and TIME 12/5/18 |
| --- | --- |

**PRESCRIPTIONS MUST BE WRITTEN ON DOC 13-435 PRIMARY ENCOUNTER REPORT (PER) OR IN CIPS**

Distribution: **WHITE/YELLOW** – Responder, **PINK** – Offender keeps
Distribution upon completion: **WHITE** – Health Record, **YELLOW** – Return to Offender with Response

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written
consent of the person to whom it pertains, or as otherwise permitted by law.*

DOC 13-423 (06/12/2018)          DOC 610.600    DOC 610.650    DOC 630.500    DOC 630.540          KITES

## ATTATCHMENT

## Exhibit Three

Offender Complaint
Grievance Log No.
18666524

Medical

**Department of**
**Corrections**
WASHINGTON STATE

LOG I.D. NUMBER
18666524

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial   ☒ Emergency   ☐ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Slack | Tommie | | 282904 | OCC | Ozette |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS:   STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** I have a very large tumor in the upper left portion of my back cutting off the circulation to my left arm and shoulder. The pain is sever and constant I cant lay on my back nor left side enduring pain through out the night. Medical have had knowledge for over a month alleging they need a photo of the tumor to take before a board for removal and havent and it's been over a month.

**SUGGESTED REMEDY:** I need to have the tumor removed immediately

Mandatory _Tom Slack_     10,30,18
Signature                          Date

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

Facility/Office OCC     Date Received 11/1/18

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____.
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** Per Medical this is not a Life threatening issue and should be pursued through regular Channels. Recieved at Shift at 0805 AM. 10-30-18   Sgt. C. 7-
Forwarded to Grievance Coordinator.
Mr. Slack, you were seen by OCC medical on 11/8/18. Ms. Newton stated she'll put together a packet for the Care Review Committee (CRC). Please let that process take place.

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| Meiners, T. | _Meiners_ | 11/8/18 |

DOC 05-165 Front (Rev. 07/26/16)     DOC 310.100, DOC 550.100



**Department of**
# Corrections
WASHINGTON STATE

LOG I.D. NUMBER
18666524

**OFFENDER COMPLAINT**

CHECK ONE: ☐ Initial   ☐ Emergency   ☒ Appeal   ☐ Rewrite

RESIDENTIAL FACILITIES: Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

NOTE: Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Slack | Tommie | | 282954 | OCC | O2ette |

COMMUNITY SUPERVISION: Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS:  STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

COMPLAINT: It's been 3 months I've been suffering sever Pain and loss of circulation in my arms and ~~shold~~ shoulder due to a very large lump in my back waiting for some medical board approval. I've wrote a complaint on 10,20,2018 and 10,30,2018 in which medical know about this causing me to wait on Holiday ~~vacta~~ vacation and sick leave

SUGGESTED REMEDY:
I want immediate medical attention or taken where I can get medical attention

Mandatory   *Tommi Slak*   11,27,18
Signature   Date

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office | Date Received |
|---|---|---|
| Your complaint is being returned because: | OCC | 11/26/18 |

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.
☒ Not accepted

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
    Return within 5 working days or by: _____.
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

EXPLANATION: Mr. Slack you are outside of timeframes to appeal this log ID. Again the CRC process takes time as they only meet weekly for a few hours and have multiple facilities to hear from. It could take several weeks before your case can be presented by Ms. Newton, it's just dependant on how many cases are ahead of yours.

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| Heines, J. | *Rollins* | 11/20/18 |

DOC 05-165 Front (Rev. 07/26/16)   DOC 310.100, DOC 550.100

## ATTATCHMENT

### Exhibit Four

Care Review Committee
Report Submitted By
Martha L. Newlon Primary
Care Practioner At Olympic
Correction Center Dated
~~10,29, 2019~~  11, 21, 2018

Care Review Committee
Patient Notification
November 29, 20, 2018



OFFENDER I.D. DATA: **SLACK, Tommie**
(Name, DOC#, DOB) 282904

## CARE REVIEW COMMITTEE REPORT

| DATE: | CONSULT ID: | INSTITUTION: | ERD: |
|---|---|---|---|
| 11/21/2018 | 86513 | OCC | 10/27/2019 |

| PRIMARY CARE PRACTITIONER: | ATTENDING PHYSICIAN: | CASE PRESENTED BY: |
|---|---|---|
| , | Newlon, Martha L. | Newlon, Martha L. |

**Case Synopsis/Differential or Working Diagnosis:**

60 year old with a L posterior shoulder/trunk mass that is 12cm diameter, soft, mobile and NT to palpation. The patient reports that the mass has been enlarging rapidly in the last few months. He also c/o that it is causing pain in his L shoulder that is sometimes burning and numbing and sometimes stabbing. Denies neck pain. Does weight lifting and reports that he does "a lot of pushups." Has HTN. Lumbar DDD and spondylosis. No pain to palpation of spinous processes of the c-spine. Good ROM of the c-spine. No muscular atrophy by visual inspection. Has evidence of a partial rotator cuff tear on the L. *Photos sent in email to CRC members. Practitioner changed the intervention proposed to general surgery consult with treatment as indicated. Committee discussed the case and determined the intervention proposed is not medically necessary. Continued clinical monitoring was recommended.

**Intervention Proposed:**
General surgery consult with treatment as indicated

 COPY

**Committee Recommendations:**
Level 3

Recommendation Legend:   Level I – Approved As Medically Necessary   Level III – Not Approved: Not Medically Necessary

**End Date of Approval** (if indicated):

**Voting Members Present:**

Lindsay Routt, ARNP; Tania Boyce, PA-C; Lisa Anderson-Longano, MD; Mary Colter, MD; William Aurich, DO; Mary Gumbo, ARNP; Jennifer Ross, PA-C; Bo Stanbury, PA-C; Phu Ngo, PA-C; Robin Smith, PA-C; Jacob Grillo, PA-C. Areig Awad, MD; Martha Newlon, ARNP; Ruth Oman, ARNP; Patrick Peterson, PA-C; Deborah Tonhofer, MD; Kenneth Sawyer, MD; Ryan Herrington, MD

| | PRACTITIONER SIGNATURE: |
|---|---|
| | Newlon, Martha L.   MNewlon ARNP |

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.



Department of
**Corrections**
WASHINGTON STATE

OFFENDER I.D. DATA: **SLACK, TOMMIE**
(name, DOC #, birthdate) **282904** ▮▮▮▮

Housing Unit: **OZ**

## CARE REVIEW COMMITTEE –
## PATIENT NOTIFICATION

DATE
November 29, 2018

Referral for    General Surgery Consult with Treatment as Indicated     was reviewed by the

Care Review Committee on   11/21/18     and was:

☐ Approved and will be scheduled soon. You will be placed on a medical/dental hold.

☐ Approved – See Comments.

☒ Not medically necessary at this time.

☐ Discussion only.

Comments:
You will be clinically monitored on a regular basis.

COPY

PLEASE CONTACT YOUR PROVIDER IF YOU HAVE ANY QUESTIONS

| HEALTH SERVICES STAFF SIGNATURE | DATE |
|---|---|
| M Werts ARNP | 11/29/18 |

Distribution:   **ORIGINAL** – Offender    **COPY** – Health Record

State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-182 (06/19/2015)                                  CONSULTATION