IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMIE SLACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. KARIKO, F. LONGANO, STEPHAN SINCLAIR, MARY COLTER, AREIGA AWAD, MARTHA NEWLON, DEBORAH TONHOFER, KENNETH SAWYER, RYAN HERRINGTON, MARY CURREY, DALE FETROE, LYSLE WILLIAMS, AND DAVID KENNY,<br><br>　　　　　Defendants. | NO. 3:20-cv-05508-RSM-SKV<br><br>AGREED STIPULATION FOR CONTINUANCE OF DEADLINE FOR AMENDING PLEADINGS |

## I. STIPULATION

COMES NOW the parties, by and through their counsel of record, and stipulate to continuance of the current Deadline for Amending Pleadings (*Dckt. 51*). The parties are requesting that the deadline be extended from September 15, 2021 to September 29, 2021, for the following reasons.

AGREED STIPULATION CONTINUE AMENDING PLEADINGS - 1

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794

At this time, Plaintiff's counsel is trying to prepare for Yom Kippur, the Jewish Day of Atonement, which begins tonight, September 15, 2021, and continues through tomorrow, September 16, 2021, but he also has this obligation to Mr. Slack.

Complicating this fact is that Mr. Slack, who was recently released from DOC, suffered two terrible losses. Recently, his brother, Leo Slack, was murdered in or near Kennewick, WA. See this link for a news article on his tragic death: https://keprtv.com/news/local/murder-victims-daughter-speaks-outand his daughter. In addition, around the same time, his daughter, Jameela, also, tragically, passed away. This all occurred in a very short period of time after Mr. Slack was released from his incarceration with the Washington Department of Corrections. Given that Mr. Slack now has counsel, Plaintiff's counsel has been in the process of amending Mr. Slack's pro-se complaint for damages with Mr. Slack's assistance. See Docket Number 5. However, for the above reasons, it has been difficult to draft and file a motion to amend Plaintiff's complaint along with the proposed amended complaint by the current deadline of today, September 15, 2021.

It is Plaintiff's intention, with the help of his attorney, to draft a more concise, focused complaint that will help focus the case on the key issues which concern Plaintiff's 8th Amendment Claims in this matter.

Plaintiff's counsel has communicated with Defense Counsel Katherine Faber on this matter and indicated that he would be seeking her consent and authorization to a stipulation to continue the deadline to amend pleadings on this matter. In return, Ms. Faber has indicated that she does not oppose an extension of the deadline to amend pleadings to September 29, 2021.

AGREED STIPULATION CONTINUE AMENDING PLEADINGS - 2

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794

With regard to this deadline, for the above reasons, the parties are in agreement that the deadline to amend pleadings should be extended until to September 29, 2021.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 15th day of September, 2021.

s/Jay H. Krulewitch
Jay H. Krulewitch, WSBA No. 17612
Attorney for Plaintiff
2611 N.E. 113th Street, Suite 300
Seattle, WA 98125
P: (206) 233-0828
F: (206) 628-0794
Attorney for Plaintiff Tommie Slack

Dated this 15th day of September, 2021.

s/Katherine Faber
Katherine Faber, WSBA No. 49726
Sarah Brisbin, WSBA No. 46540
Assistant Attorney General
Corrections Division
P.O. Box 40116
Olympia, WA 98504
P: (360) 586-1445
Attorneys for Defendants

## 2. ORDER OF THE COURT

IT IS HEREBY ORDERED BY THE COURT, that the above stipulation to set the deadline to amend pleadings to September 29, 2021, IS HEREBY GRANTED.

_September 17, 2021_                                               *S. Kate Vaughan*
Date                                                           Honorable S. Kate Vaughan
                                                                   United States Magistrate Judge

AGREED STIPULATION CONTINUE AMENDING PLEADINGS - 3

Jay H. Krulewitch
Attorney at Law
2611 N.E. 113th St, Ste 300
Seattle, WA 98125
Phone: (206) 233-0828
Fax: (206) 628-0794