IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMIE SLACK,<br><br>Plaintiff,<br><br>v.<br><br>SARAH KARIKO, FRANK LONGANO, STEPHAN SINCLAIR, MARY COLTER, AREIGA AWAD, MARTHA NEWLON, DEBORAH TONHOFER, KENNETH SAWYER, RYAN HERRINGTON, MARY CURREY, DALE FETROE, LYSLE WILLIAMS, DAVID KENNY, SARAH LANDIS, AND JOHN DOES ONE THROUGH FIVE,<br><br>Defendants. | NO. C20-5508-RSM-SKV<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT |

**I. ORDER OF THE COURT**

THIS MATTER having come before the Court on counsel Jay H. Krulewitch, on behalf of Plaintiff TOMMIE SLACK, and Plaintiff's Motion for Leave to Amend Plaintiff's Complaint, and the Court having considered the pleadings filed herein;

[PROPOSED] ORDER PL'S MOTION FOR LEAVE
TO FILE AMD COMPLAINT - 1

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, Washington 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Plaintiff's Complaint, Dkt. 54, is GRANTED and it is FURTHER ORDERED that the Plaintiff is authorized to file Plaintiff's First Amended Complaint for Damages.

IT IS FURTHER ORDERED that the pretrial schedule will remain as stated in the Court's Order Setting Trial Date and Related Dates, Dkt. 51.

IT IS SO ORDERED BY THE COURT.

DATED this 25th day of October, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

JAY H. KRULEWITCH, ATTORNEY AT LAW


s/Jay H. Krulewitch
Jay H. Krulewitch, WSBA No. 17612
Attorney for Plaintiff
P.O. Box 33546
Seattle, WA 98133
P: (206) 233-0828
F: (206) 628-0794
Attorney for Plaintiff Tommie Slack

[PROPOSED] ORDER PL'S MOTION FOR LEAVE
TO FILE AMD COMPLAINT - 2

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, Washington 98133
Phone: (206) 233-0828
Fax: (206) 628-0794