UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMIE SLACK,

          Plaintiff,

   v.

S. KARIKO, et al.,

          Defendant.

Case No. C20-05508-RSM-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On November 4, 2021, the parties filed a stipulated motion seeking to extend the deadline for Plaintiff's expert witness disclosure from November 8, 2021 to January 10, 2022, and to extend the deadline for Defendants' rebuttal expert witness disclosure from November 29, 2021, to January 31, 2022. Dkt. 59. Upon reviewing the motion, however, it is unclear to the Court whether the parties believe the requested extensions will impact the other deadlines established by the current pretrial scheduling order, Dkt. 51, and whether they are also seeking an extension of those other deadlines.

//

MINUTE ORDER - 1

Accordingly, on or before **November 22, 2021**, the parties are directed to notify the Court regarding their intentions with respect to the remaining deadlines in the case.

Dated this 15th day of November, 2021.

                                              William M. McCool
                                              Clerk of Court

                                          By: s/ Kadya Peters
                                                 Deputy Clerk

MINUTE ORDER - 2