1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  TOMMIE SLACK,

9                           Plaintiff,           Case No. C20-05508-RSM-SKV

10        v.                                     ORDER ON STIPULATED MOTION
                                                 FOR EXTENSION AND AMENDING
11  S. KARIKO, et al.,                           PRETRIAL SCHEDULING ORDER

12                          Defendant.

13

14       This is a 42 U.SC. § 1983 civil rights action. On November 4, 2021, the parties filed a

15  stipulated motion seeking to extend the deadline for Plaintiff's expert witness disclosure from

16  November 8, 2021 to January 10, 2022, and to extend the deadline for Defendants' rebuttal

17  expert witness disclosure from November 29, 2021, to January 31, 2022. Dkt. 59. On

18  November 15, 2021, the Court issued a minute order indicating that it was unclear from the

19  stipulated motion whether the parties believed the requested extensions would impact the other

20  deadlines established by the current pretrial scheduling order and whether they were also seeking

21  an extension of those other deadlines. Dkt. 60. Accordingly, the Court directed the parties to

22  notify the Court regarding their intentions with respect to the remaining deadlines in the case on

23  or before November 22, 2021. *Id.*

ORDER ON STIPULATED MOTION FOR
EXTENSION AND AMENDING PRETRIAL
SCHEDULING ORDER - 1

On November 22, 2021, Defendants filed a response to the order indicating that they did not agree to extend any other deadlines in the case except those for expert witness disclosure and rebuttal witness disclosure. Dkt. 61. Plaintiff also filed a response to the order in which counsel indicates that he recently settled another case and has now more fully evaluated the instant case and believes he will require additional time to meet the other deadlines in the case. Dkt. 62. Plaintiff's counsel indicates that due to other trial commitments, vacation, Jewish holidays in September, and other personal commitments, he is now seeking to extend the trial date from June 6, 2022, to October 31, 2022, or November 7, 2022, and asks that the other pretrial deadlines be extended in accordance with the new trial date.

On November 30, 2021, Defendants filed a response to Plaintiff's request to further extend the deadlines in the case, indicating that they opposed an extension to October or November 2022 but that they would agree to an additional 30-60 day extension of the trial date. Dkt. 63. Defendants also point out that Plaintiff has failed to file an amended complaint within 14 days of the Court's October 25, 2021, order granting his motion for leave to file an amended complaint as required by Local Civil Rule 14.

On December 1, 2021, Plaintiff filed a reply to Defendants' response reiterating his request for extension of the trial date to October 31, 2022 and requesting an additional 14 days to file the amended complaint in this matter. Dkt. 64.

Having reviewed the parties' stipulated motion, the responses to the Court's minute order, and the relevant record the Court hereby **ORDERS**:

(1) Plaintiff shall file his amended complaint by **December 10, 2021**.

(2) The parties' stipulated motion, Dkt. 59, to extend the deadlines for expert disclosure and rebuttal expert disclosure is GRANTED.

(3) Upon considering the parties' responses to the Court's minute order, the remaining deadlines in the case are also extended as set forth below. The pretrial scheduling order, Dkt. 51, is amended as follows:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:00am on | 8/8/2022 |
| Length of trial | 4-6 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 1/10/2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 1/31/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d) or LCR 37(a)(2)) | 2/9/2022 |
| Discovery to be completed by | 3/11/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)) | 4/11/2022 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 5/10/2022 |
| Mediation per LCR 39.1(c) held no later than | 6/9/2022 |
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 7/11/2022 |
| Agreed LCR 16.1 Pretrial Order due | 7/27/2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; Counsel are to confer and indicate with their submissions which exhibits are agreed to | 8/1/2022 |
| Pretrial conference | To be set as needed |

//

ORDER ON STIPULATED MOTION FOR
EXTENSION AND AMENDING PRETRIAL
SCHEDULING ORDER - 3

1     (4) The other provisions of the original pretrial scheduling order, Dkt. 51, remain the same.

2     (5) The Clerk is directed to provide a copy of this order to the parties.

3     Dated this 2nd day of December, 2021.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR
EXTENSION AND AMENDING PRETRIAL
SCHEDULING ORDER - 4