1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMIE SLACK,

                          Plaintiff,

        v.

S. KARIKO, et al.,

                          Defendant.

Case No. C20-05508-RSM-SKV

ORDER AMENDING PRETRIAL
SCHEDULING ORDER, GRANTING
LEAVE TO FILE SECOND
AMENDED COMPLAINT, AND
DIRECTING PLAINTIFF TO
PROVIDE ADDRESSES

This is a 42 U.SC. § 1983 civil rights action.  The Court hereby **ORDERS**:

(1) In light of the Court's order granting Plaintiff's Counsel's Motion to Withdraw, the Court grants Plaintiff leave to file a second amended complaint in this action if he chooses.  If Plaintiff intends to file a second amended complaint he must do so by **May 31, 2022**. Plaintiff is advised that any amended complaint will be subject to screening by the Court pursuant to 28 U.S.C. § 1915A.

(2)  The Court notes that three of the Defendants named in the amended complaint (Martha Newlon, Lysle W. Williams, and Sarah Landis) have not yet been served.  As Plaintiff is now proceeding pro se, he is directed to provide the current addresses for the unserved Defendants by **May 31, 2022**, so the Court can attempt to effectuate service either of the current amended complaint or of the second amended complaint if Plaintiff chooses to

ORDER AMENDING PRETRIAL SCHEDULING
ORDER, GRANTING LEAVE TO FILE SECOND
AMENDED COMPLAINT, AND DIRECTING
PLAINTIFF TO PROVIDE ADDRESSES - 1

file one.  If Plaintiff fails to provide this information the Court may recommend that the

claims against the unserved Defendants be dismissed without prejudice.[1]

(3) The pretrial scheduling order, Dkt. 65, is further amended as follows:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:00am on | 2/13/2023 |
| Length of trial | 4-6 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 7/14/2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 8/4/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d) or LCR 37(a)(2)) | 8/15/2022 |
| Discovery to be completed by | 9/14/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)) | 10/14/2022 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 11/14/2022 |
| Mediation per LCR 39.1(c) held no later than | 12/14/2022 |
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 1/13/2023 |
| Agreed LCR 16.1 Pretrial Order due | 2/3/2023 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; Counsel are to confer and indicate with their submissions which exhibits are agreed to | 2/8/2023 |

---

[1] While the Court has the duty to serve the summons and complaint, *see* 28 U.S.C. § 1915(d), an IFP plaintiff still bears the burden of providing accurate and sufficient information to effect service.  *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994) *overruled on other grounds by Sandin v. Connor*, 515 U.S. 472, 483-84 (1995); *see also* Fed. R. Civ. P. 4.

| | |
|---|---|
| Pretrial conference | To be set as needed |

(4) The other provisions of the prior pretrial scheduling orders, Dkts. 51 and 65, remain the same.

(5) The Clerk is directed to provide a copy of this order to Plaintiff Tommie Slack at Benton County Jail in Kennewick, WA, Defendants, and the Honorable Ricardo S. Martinez.

Dated this 25th day of April, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULING
ORDER, GRANTING LEAVE TO FILE SECOND
AMENDED COMPLAINT, AND DIRECTING
PLAINTIFF TO PROVIDE ADDRESSES - 3