UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMIE SLACK,

           Plaintiff,

   v.

SARAH KARIKO, et al.,

           Defendant.

Case No. C20-05508-RSM-SKV

ORDER ON SECOND MOTION TO APPOINT EXPERT

Plaintiff proceeds *pro se* in this 42 U.S.C. § 1983 civil rights action. On August 2, 2022, Plaintiff filed a second motion for court appointed expert requesting the Court appoint an expert to assist in the fact-finding regarding Plaintiff's medical disorders and treatment. Dkt. 94. Plaintiff previously filed an identical motion seeking appointment of an expert which was denied by this Court by order dated July 12, 2022.[1] Dkts. 83, 88.

Accordingly, Plaintiff's second motion for court appointed expert, Dkt. 94, is DENIED as duplicative and for the same reasons provided in this Court's order dated July 12, 2022, Dkt. 88.

---

[1] The Court notes that it appears that Plaintiff was transferred to another facility and did not receive the copy of the Court's order denying his first motion seeking appointment of an expert prior to filing the instant motion. Dkt. 92.

ORDER ON SECOND MOTION TO APPOINT
EXPERT - 1

1   The Clerk is directed to provide copies of this order to Plaintiff, Defense counsel, and the Hon. Ricardo S. Martinez.  The Clerk is further directed to re-send a copy of this Court's July 12, 2022, order denying Plaintiff's motion four court appointed expert, Dkt. 88, and the Court's July 20, 2022, order granting Plaintiff's motion to serve, Dkt. 89, to Plaintiff at his current address at the Yakima County Jail.

Dated this 9th day of September, 2022.

_____
S. KATE VAUGHAN
United States Magistrate Judge

ORDER ON SECOND MOTION TO APPOINT
EXPERT - 2