UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMIE SLACK,<br><br>                 Plaintiff,<br><br>   v.<br><br>SARAH KARIKO, et al.,<br><br>                 Defendant. | Case No. C20-05508-RSM-SKV<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STAY OR EXTEND PRETRIAL DEADLINES |

This is a 42 U.SC. § 1983 civil rights action. Defendants currently have a pending motion for summary judgment which will be ripe for consideration on December 16, 2022. Dkt. 115. Defendants now move to stay the trial date and remaining pretrial deadlines in the case pending a decision on their motion for summary judgment or, alternatively, for a ninety (90) day extension of the trial date and remaining pretrial deadlines. Dkt. 121. Defendants argue that the Court's ruling on Defendants' motion for summary judgment will necessarily impact the scope of this case going forward, and that it is difficult to comply with the pretrial deadlines without knowing which claims, if any, will proceed to trial. *Id.* Plaintiff did not oppose or otherwise respond to Defendants' motion.

Having reviewed the Defendants' motion and the relevant record the Court hereby **ORDERS**:

ORDER GRANTING IN PART AND DENYING IN
PART MOTION TO STAY OR EXTEND
PRETRIAL DEADLINES - 1

(1) The Defendants' motion to stay or extend the trial and pretrial deadlines, Dkt. 121, is GRANTED in part and DENIED in part. The request for a stay of the remaining deadlines is denied. The alternative request for an extension of the remaining deadlines is granted.

(2) The remaining deadlines in the case are extended, and the pretrial scheduling order is amended, as follows:

| Event | Date |
| --- | --- |
| JURY TRIAL SET FOR 9:00am on | 5/15/2023 |
| Length of trial | 4-6 days |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 2/15/2023 |
| Mediation per LCR 39.1(c) held no later than | 3/15/2023 |
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 4/17/2023 |
| Agreed LCR 16.1 Pretrial Order due | 5/3/2023 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; Counsel are to confer and indicate with their submissions which exhibits are agreed to | 5/8/2023 |
| Pretrial conference | To be set as needed |

(3) The Clerk is directed to provide a copy of this order to the parties and to Judge Martinez.

Dated this 7th day of December, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN PART AND DENYING IN
PART MOTION TO STAY OR EXTEND
PRETRIAL DEADLINES - 2