UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMIE SLACK,

           Plaintiff,

  v.

SARAH KARIKO, et al.,

           Defendants.

Case No. C20-05508-RSM-SKV

ORDER OF DISMISSAL

      Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Plaintiff's Objections and Defendants' Response, and the remaining record, the Court finds and ORDERS:

      (1)    The Report and Recommendation, Dkt. #145, is ADOPTED. Nothing in Plaintiff's Objections demonstrates error in Judge Vaughan's recommendations.  Plaintiff has not pointed to any evidence that the lipomas were the cause of the severe pain in his shoulder contrary to his medical records; without such evidence he is unable to establish that Defendants disregarded a "severe medical need." The Court will not address arguments raised for the first time on Objections.  Plaintiff's newly submitted evidence does not undermine the reasoning of Judge Vaughan, adopted by this Court.

ORDER OF DISMISSAL - 1

(2) Plaintiff's Motion to Strike, Dkt. #123, is DENIED.

(3) Plaintiff's Second Motion for Appointment of Counsel, Dkt. #127, is DENIED.

(4) Plaintiff's Surreply to Defendants' Reply in Support of Summary Judgment, Dkt. #135, is STRICKEN.

(5) Plaintiff's Surreply to Defendants' Supplemental Reply in Support of Summary Judgment, Dkt. #138, is STRICKEN.

(6) Defendants' Motion for Summary Judgment, Dkt. #115, is GRANTED, and Plaintiff's claims are dismissed.

(7) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

DATED this 9th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2